IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHASE JONES,

      Appellant,

v.

Case No.  5D21-2695
LT Case No. 2018-CF-4471-A-X

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender,
and Robert Jackson Pearce, III,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa Marie
Williams, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.